**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Grazielle FERREIRA, a.k.a. Yalisca Flores Munoz, a.k.a. G. Mananda Ferreira–Pereira, Defendant–Appellant.**

No. 08–15299

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 19, 2010.

Michelle Thresher Taylor, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Joseph R. Johnson, Orlando, FL, for Defendant–Appellant.

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Joseph R. Johnson, appointed counsel for Grazielle Ferreira in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Ferreira's convictions and sentences are **AFFIRMED.**